David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
　　　Chapter 7 Trustee


FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 APR 27 AM 11: 47

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| **BRIAN ALAN JARVIS** | **Bankruptcy No. 09-30957** |
| **BREA MAE JARVIS,** | **(Chapter 7)** |
| **Debtor(s)** | Judge Joel T. Marker |

## DEPOSIT OF UNCLAIMED FUNDS

　　　David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor

represents to the Court that:

___ A　　　The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B　　　The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Qwest Corporation<br>1801 California St. Rm 900<br>Attn: Bankruptcy<br>Denver, CO 80202 | $2.15 |
| | Intermountain Healthcare<br>PO Box 27808<br>SLC, UT 84127-0808 | $1.92 |



Verizon Wireless                                           $2.59
PO Box 3397
Bloomington, IL 61702


A check in the amount of $6.66 representing said funds is payable to the United States

Bankruptcy Court, and is attached hereto.

DATED this _____ day of April, 2011

                                        _____
                                        DAVID L. MILLER
                                        Chapter 7 Trustee